IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SPADDY,<br><br>                *Plaintiff*,<br>     v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY, *et al.*,<br><br>               *Defendant*s. | CIVIL ACTION<br>No. 15-2995 |

## ORDER

**AND NOW**, this 20th day of July, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 28), Richard Spaddy's ("Spaddy") Response (ECF No. 32) and Defendants' Reply (ECF No. 37), it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

The Court **DISMISSES** the following claims against the Unnamed Officers: (1) the Section 1983 false arrest, false imprisonment and malicious prosecution claims insofar as they are premised on the June 8, 2013 incident; (2) the state law false imprisonment and malicious prosecution claims based on the same incident; (3) the Fourteenth Amendment selective enforcement claim; and (4) the state law defamation and false light claims.

The Court **DISMISSES** the following claims against Officer J. Martin: (1) the Section 1983 false arrest, false imprisonment and malicious prosecution claims in their entirety; (2) the state law false imprisonment and malicious prosecution claims in their entirety; (3) the Fourteenth Amendment selective enforcement claim; and (4) the state law defamation and false light claims.  The Court also **DISMISSES** Spaddy's *Monell* claim against SEPTA.

The Court grants Spaddy leave to amend his Fourteenth Amendment selective enforcement claim on or before **August 19, 2016**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.